IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00261-LTB-KLM

RONALD J. REHBERG,

    Plaintiff,

v.

THE CITY OF PUEBLO,
OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETOKOSEK, in his official and individual capacity, and
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 30; Filed February 17, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information is entered as an Order of the Court as of today's date.

    Dated: February 22, 2011