IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00261-LTB-KLM

RONALD J. REHBERG,

    Plaintiff,

v.

THE CITY OF PUEBLO,
OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETOKOSEK, in his official and individual capacity, and
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Modify Scheduling Order with Respect to Certain Discovery Deadlines** [Docket No. 44; Filed June 9, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on November 8, 2010 [Docket No. 27], and amended on May 2, 2011 [Docket No. 37], is further modified to extend the following deadlines:

- Expert Disclosures Deadline     **July 28, 2011**
- Rebuttal Expert Disclosures Deadline     **August 19, 2011**
- Discovery Deadline     **September 15, 2011**

    IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the dispositive motions deadline to **October 14, 2011**.

    Dated:  June 10, 2011