**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00261-LTB-KLM

RONALD J. REHBERG,

       Plaintiff,

v.

THE CITY OF PUEBLO
OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETOKOSEK, in his official and individual capacity, and,
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities,

       Defendants.

___

**ORDER**
___

Defendants has filed Objection to Order of Magistrate Judge [Doc 43] and Motion to Stay (Doc 47 - filed June 16, 2011).  Defendants have up to and including June 30, 2011 to file their Brief in Support of Objection to Order.  Plaintiff has **up to and including July 21, 2011** to file a response.  Defendants have **up to and including August 4, 2011** to file a reply.

The Motion to Stay is GRANTED pending resolution of Defendants' objections.

                                 BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   June 17, 2011