**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00261-LTB-KLM

RONALD J. REHBERG,

      Plaintiff,

v.

THE CITY OF PUEBLO,
OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETKOSEK, in his official and individual capacity, and
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1 - 2, in their official and individual capacities,

      Defendants.

---

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Objection to June 2, 2011, Order of Magistrate Judge (Doc 59 - filed August 4, 2011) is **GRANTED up to and including August 12, 2011**.

      Plaintiff has filed a Motion for Leave to File Second Amended Complaint (Doc 61 - filed August 4, 2011).  Defendants have **up to and including August 26, 2011** to file a response.  Plaintiff has **up to and including September 9, 2011** to file a reply.

      Defendants' Motion for Partial Judgment on the Pleadings (Doc 54) is HELD IN ABEYANCE until ruling on Plaintiff's Motion to File Second Amended Complaint (Doc 61).



Dated:   August 5, 2011
_____