IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00261-LTB-KLM

RONALD J. REHBERG,

    Plaintiff,

v.

THE CITY OF PUEBLO,
OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETOKOSEK, in his official and individual capacity, and
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Modify Scheduling Order with Respect to Expert Disclosures Concerning Liability Experts** [Docket No. 69; Filed August 17, 2011] (the "Motion").  Plaintiff represents that Defendants do not object to an extension of the deadline for a governmental liability expert pending resolution of the discovery issue; however, "Defendants object as to all other expert deadlines being extended."  *Motion*, Docket No. 69 at 3.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on November 8, 2010 [Docket No. 27], and amended on May 2, 2011 [Docket No. 37] and June 10, 2011 [Docket No. 46], is further modified to extend the following deadline.  Plaintiff shall disclose his governmental liability expert's report, limited to one pursuant to Plaintiff's representation in his Motion, within **30 days** after Defendants' Objection to this Court's discovery order [Docket No. 52] is resolved by the District Court.

    All other dates and deadlines remain the same.

    Dated:  August 18, 2011