IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00261-LTB-KLM

RONALD J. REHBERG,

    Plaintiff,

v.

THE CITY OF PUEBLO,
OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETKOSEK, in his official and individual capacity, and
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order with Respect to Discovery Cutoff and Disclosures Concerning Governmental Liability Experts** [Docket No. 82; Filed September 15, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART**. In consideration of the trial settings before the District Court, the Scheduling Order entered on November 8, 2010 [Docket No. 27] and amended on May 2, 2011 [Docket No. 37], June 10, 2011 [Docket No. 46] and August 18, 2011 [Docket No. 71], is further modified as follows:

- Expert Disclosures Deadline    **October 17, 2011**
- Rebuttal Expert Disclosures Deadline    **November 2, 2011**
- Discovery Deadline    **November 18, 2011**

IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the dispositive motions deadline to **December 16, 2011**. Absent exceptional cause (in addition to the modification of the trial settings by the District Court), the Court will likely decline to grant any further request for extension of time.

Dated: September 19, 2011