**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 10-cv-00261-LTB-KLM** | **FTR** - Reporter Deck - Courtroom C-204<br>Byron G. Rogers United States Courthouse |
| **Date:  November 1, 2011** | Courtroom Deputy, Monique Wiles |

RONALD J. REHBERG                              Darold W. Killmer
                                                                    Qusair Mohamedbhai

    **Plaintiff(s),**

v.

THE CITY OF PUEBLO, et al                  Gordon L. Vaughan
                                                                    Franklin P. Lauer

    **Defendant(s).**

### COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:   Motions Hearing**
**Court in session: 1:32 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding **Defendant's Unopposed Motion for Court Order to Obtain Records Pursuant to Fed. R. Civ. P. 45 (2)(b)(2)(B) [Doc. No. 93, filed 10/24/2011].**

Comments by counsel.

| | |
|---|---|
| **It is ORDERED:** | **Defendant's Unopposed Motion for Court Order to Obtain Records Pursuant to Fed. R. Civ. P. 45 (2)(b)(2)(B) [Doc. No. 93, filed 10/24/2011]** is **GRANTED in part and DENIED in part.**  It is **granted** to the extent that Plaintiff is required to follow Cricket's instructions to obtain call detail records. It is **denied** to the extent that it requests that the Court issue the subpoena to Match.com. The Clerk of Court can issue the subpoena without any involvement from the Magistrate Judge. |

HEARING CONCLUDED.

**Court in recess: 1:37 p.m.**
Total In-Court Time: 5 minutes
To order a transcript of this hearing, please contact Avery Woods Reporting (303)825-6119.