IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00261-LTB-KLM

RONALD J. REHBERG,

      Plaintiff,

v.

THE CITY OF PUEBLO,
OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETKOSEK, in his official and individual capacity, and
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's second **Unopposed Motion to Modify Scheduling Order with Respect to Discovery Cutoff and Disclosures Concerning Governmental Liability Experts** [Docket No. 98; Filed November 18, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows.  The Scheduling Order entered on November 8, 2010 [#27] and amended on May 2, 2011 [#37], June 10, 2011 [#46], August 18, 2011 [#71], and October 6, 2011 [##90-91], is further modified as follows:

- Expert Disclosures Deadline      **December 15, 2011**
- Rebuttal Expert Disclosures Deadline      **January 16, 2012**
- Discovery Deadline      **February 27, 2012**

All other dates and deadlines remain the same.

Dated:  November 21, 2011