IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00261-LTB-KLM

RONALD J. REHBERG,

     Plaintiff,

v.

OFFICER BRUCE CONSTUBLE, in his official and individual capacity,
OFFICER VINCENT PETKOSEK, in his official and individual capacity, and
UNKNOWN PUEBLO POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendants' Unopposed Motion to Vacate and Reset Settlement Conference** [Docket No. 123; Filed April 20, 2012] (the "Motion").

     IT IS HEREBY **ORDERED** that the Settlement Conference set for April 26, 2012 is **VACATED** and **RESET** to **May 1, 2012**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     **On or before April 26, 2012,** the parties shall email confidential settlement statements in a format of their choosing and limited to no more than ten (10) pages to Mix_Chambers@cod.uscourts.gov.

     IT IS FURTHER **ORDERED** that Plaintiff, Defendant Petkosek, and Nile Knez (Defendants' representative from CIRSA) shall attend the settlement conference in person. Defendant Constuble is permitted to be available by telephone for the settlement conference. Counsel for Defendant Constuble is advised to ensure that he is available by telephone for the duration of the settlement conference.

     Dated: April 23, 2012