IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-00261-LTB-KLM

RONALD J. REHBERG,

         Plaintiff,

v.

OFFICER BRUCE CONSTUBLE, in his official and individual capacity, and
OFFICER VINCENT PETKOSEK, in his official and individual capacity,

         Defendants.
_____

ORDER OF DISMISSAL
_____


THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 139 - filed June 7, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:


                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE

DATED:  June 7, 2012